**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

SONDRA HAYES, JONATHAN HAYES,
on their own behalf and others similarly
situated,

      Plaintiffs,

v.                                     CASE NO. 2:10-CV-769-FtM-36DNF

TROPICAL VILLAGE MARKET, LLC, a
Limited Liability Company, RIDGDILL &
SONS, INC., a Florida Corporation,
MORRIS RIDGDILL, individually,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Douglas Frazier on September 8, 2011 (Dkt. 29), recommending that

the Court grant the Joint Motion to Approve Settlement (Dkt. 27).  The Magistrate Judge also

recommends that the Court approve the Settlement Agreement and Release (Dkt. 27, Ex. 1) and

dismiss this action with prejudice.  No party filed an objection to the Report and Recommendation,

and the time to do so has expired.

     After careful consideration of the Report and Recommendation of the Magistrate Judge, in

conjunction with an independent examination of the court file, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all

respects.  The Court is satisfied that the settlement reached between the parties is a "fair and

reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 29) is **ADOPTED**, **CONFIRMED**, and **APPROVED**  in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Joint Motion to Approve Settlement (Dkt. 27) is **GRANTED**.  The Settlement Agreement and Release (Dkt. 27, Ex. 1) is **APPROVED,** as the agreement reached represents a fair and reasonable resolution of this case**.**.

3)  This case is **DISMISSED, with prejudice**.

4) The Clerk is directed to terminate all pending motions, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 26, 2011.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD